USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                         :

A. MANNY ALICANDRO, *on behalf of himself and all other* :
*persons similarly situated*,                                          :

                                                         :         1:22-cv-6816-GHW
                                      Plaintiff,         :
                                                         :               ORDER
                      -against-                                :

COINBASE GLOBAL, INC., BRIAN ARMSTRONG, :
ALESIA J. HAAS, JENNIFER N. JONES, MARC L.   :
ANDREESEN, FREDERICK ERNEST EHRSAM      :
III, KATHRYN HAUN, KELLY KRAMER, GOKUL :
RAJARAM, FRED WILSON, EMILIE CHOI,        :
SUROJIT CHATTERJEE, AH CAPITAL              :
MANAGEMENT LLC, PARADIGM FUND LP,     :
RIBBIT MANAGEMENT COMPANY, LLC, TIGER :
GLOBAL MANAGEMENT, LLC, UNION SQUARE :
VENTURES, LLC, and VISERION INVESTMENT  :
PTE LTD.,                                                    :
                                                         :
                                     Defendants.    :
                                                         :
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        On October 3, 2022, Plaintiff filed a motion for appointment of Henry Gotlob as lead plaintiff and for approval of counsel. Dkt. No. 7. Pursuant to Local Rule 6.1(b)(2), any opposing affidavits and answering memoranda must be filed no later than October 17, 2022.

        SO ORDERED.

Dated: October 13, 2022
New York, New York

                                                _____
                                                      GREGORY H. WOODS
                                                    United States District Judge