# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A. MANNY ALICANDRO, on behalf of himself and all other persons similarly situated,<br><br>                Plaintiff,<br><br>        - vs. –<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, JENNIFER N. JONES, MARC L. ANDREESEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, FRED WILSON, EMILIE CHOI, SUROJIT CHATTERJEE, AH CAPITAL MANAGEMENT LLC, PARADIGM FUND LP, RIBBIT MANAGEMENT COMPANY, LLC, TIGER GLOBAL MANAGEMENT, LLC, UNION SQUARE VENTURES, LLC, and VISERION INVESTMENT PTE LTD.,<br><br>                Defendants. | Case 1:22-cv-06816-GHW<br><br><u>CLASS ACTION</u> |

## NOTICE OF WITHDRAWAL OF MOTION OF HENRY GOTLOB FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that lead plaintiff movant Henry Gotlob ("Movant") hereby

withdraws the motion for lead plaintiff and approval of counsel that he filed on October 3, 2022.

Movant reserves all his rights to remain a member of the class.


Dated: October 14, 2022                    Respectfully submitted,

                                          /s/ Joseph R. Seidman, Jr.
                                          **BERNSTEIN LIEBHARD LLP**
                                          Laurence J. Hasson
                                          Joseph R. Seidman, Jr.
                                          10 East 40th Street
                                          New York, NY 10016
                                          Telephone: (212) 779-1414
                                          Facsimile: (212) 779-3218
                                          Email:  lhasson@bernlieb.com
                                                   seidman@bernlieb.com

                                          *Counsel for Movant*

**CERTIFICATE OF SERVICE**

        I, Joseph R. Seidman, Jr., hereby certify that on October 14, 2022, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 14, 2022                                    */s/ Joseph R. Seidman, Jr.*
                                                           Joseph R, Seidman, Jr.