**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2022

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A. MANNY ALICANDRO, on behalf of himself and all other persons similarly situated,<br><br>             Plaintiff,<br><br>    - vs. –<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, JENNIFER N. JONES, MARC L. ANDREESEN, FREDERICK ERNEST EHRSAM III, KATHRYN HAUN, KELLY KRAMER, GOKUL RAJARAM, FRED WILSON, EMILIE CHOI, SUROJIT CHATTERJEE, AH CAPITAL MANAGEMENT LLC, PARADIGM FUND LP, RIBBIT MANAGEMENT COMPANY, LLC, TIGER GLOBAL MANAGEMENT, LLC, UNION SQUARE VENTURES, LLC, and VISERION INVESTMENT PTE LTD.,<br><br>             Defendants. | Case 1:22-cv-06816-GHW<br><br>CLASS ACTION |

**NOTICE OF WITHDRAWAL OF MOTION OF HENRY GOTLOB FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL**

00714531;V1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that lead plaintiff movant Henry Gotlob ("Movant") hereby withdraws the motion for lead plaintiff and approval of counsel that he filed on October 3, 2022. Movant reserves all his rights to remain a member of the class.

| | |
|---|---|
| Dated: October 14, 2022 | Respectfully submitted, |
| | /s/ Joseph R. Seidman, Jr. |
| | **BERNSTEIN LIEBHARD LLP** |
| | Laurence J. Hasson |
| | Joseph R. Seidman, Jr. |
| | 10 East 40th Street |
| | New York, NY 10016 |
| | Telephone: (212) 779-1414 |
| | Facsimile: (212) 779-3218 |
| | Email:  lhasson@bernlieb.com |
| |           seidman@bernlieb.com |
| | *Counsel for Movant* |

## CERTIFICATE OF SERVICE

      I, Joseph R. Seidman, Jr., hereby certify that on October 14, 2022, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 14, 2022                                                                 */s/ Joseph R. Seidman, Jr.*
                                                                                        Joseph R, Seidman, Jr.

Application granted.  The motion by Henry Gotlob for his appointment as lead plaintiff and the approval of counsel is withdrawn.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated:  October 14, 2022                                                             _____
New York, New York                                                                    GREGORY H. WOODS
                                                                                        United States District Judge