USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
:
A. MANNY ALICANDRO, *on behalf of himself and all other* :
*persons similarly situated*, :
: 1:22-cv-6816-GHW
:
                            Plaintiff, :
: ORDER
             -against- :
:
COINBASE GLOBAL, INC., BRIAN ARMSTRONG, :
ALESIA J. HAAS, JENNIFER N. JONES, MARC L. :
ANDREESEN, FREDERICK ERNEST EHRSAM :
III, KATHRYN HAUN, KELLY KRAMER, GOKUL :
RAJARAM, FRED WILSON, EMILIE CHOI, :
SUROJIT CHATTERJEE, AH CAPITAL :
MANAGEMENT LLC, PARADIGM FUND LP, :
RIBBIT MANAGEMENT COMPANY, LLC, TIGER :
GLOBAL MANAGEMENT, LLC, UNION SQUARE :
VENTURES, LLC, and VISERION INVESTMENT :
PTE LTD., :
:
                            Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Defendants' January 3, 2023 request for leave to file a motion to dismiss is granted. For the reasons outlined during the hearing held on January 13, 2023, the briefing for Defendants' motion to dismiss shall proceed in a bifurcated fashion. The deadline for Defendant to file its motion to dismiss with respect to the appointment of lead plaintiff is February 3, 2023. Plaintiff's opposition is

due within one week after service of Defendants' motion. Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

The Court will establish a briefing schedule for the second round of briefing following the resolution of this threshold issue as outlined during the hearing held on January 13, 2023.

SO ORDERED.

Dated: January 14, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge