# MEMORANDUM ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023
```

| | |
|---|---|
| A. Manny Alicandro, on behalf of himself and all other persons similarly situated,<br><br>            Plaintiff,<br><br>   - vs. -<br><br>Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc. L. Andreesen, Frederick Ernest Ehrsam III, Kathryn Haun, and Fred Wilson,<br><br>            Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>DOCKET NO.1:22-cv-6816-(GHW) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, A. Manny Alicandro, through his undersigned counsel(s), hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendants, Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Jennifer N. Jones, Marc. L. Andreesen, Frederick Ernest Ehrsam III, Kathryn Haun, and Fred Wilson, with each party to bear its own costs associated with this action.

Dated:   February 6, 2023

/s/ _____
Andrew D. Beresin, Esq.
THE SAMUEL LAW FIRM
1441 Broadway Suite 6085
New York, NY 10018
(212) 563-9884

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.
SO ORDERED.

Dated: February 6, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge